UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

SAUL CALONJES SALAS,

               Defendant.

No. 18-cr-508 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Defendant's counsel, dated December 14, 2020, requesting "that the Court order the Bureau of Prisons to provide Mr. Calonjes Salas with a medical evaluation and the appropriate medical care" and "to turn over to Mr. Calonjes Salas' medical records to counsel." (Doc. No. 122.) Defendant's counsel fails to point to any authority that would allow this Court to intervene and order the Bureau of Prisons to take the requested action, and the Court is aware of none. *See, e.g.*, *United States v. Goldman*, No. 97-cr-81 (JSM), 1998 WL 906662, at *1 (S.D.N.Y. Dec. 29, 1998) ("The question of appropriate medical care for a prisoner is entrusted to the judgment of the Bureau of Prisons. This Court does not have the jurisdiction to enter the type of order the defendant seeks."); *see also United States v. Carneglia*, 238 F. Supp. 2d 502, 503 (E.D.N.Y. 2003) (denying application for an order to allow prisoner to receive dental treatment outside his correctional facility on the grounds that the court did "not have jurisdiction to direct such medical treatment").

    Accordingly, Defendant's counsel's request is DENIED without prejudice to renewal. In any future submission, Defendant's counsel is directed to (1) provide authority under which the Court may grant the relief sought and (2) address whether the government consents to such relief. The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. No. 122.

SO ORDERED.

Dated:     December 16, 2020
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation